UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMIE DAVID STITES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHERYL STRANGE, et al.,<br><br>　　　　　　Defendant. | CASE NO. 3:24-cv-05027-MJP-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS** |

Plaintiff is a prisoner proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and **ORDERS** as follows:

(1)　The Court **GRANT**S plaintiff's application to proceed *in forma pauperis,* Dkt. 1.

(2)　Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

1    Subsequently, if the prisoner's account exceeds $10.00, each month the agency having
2    custody of the prisoner is directed to collect and forward payments equal to 20 percent of the
3    prisoner's preceding month's income credited to the prisoner's account.  If the monthly payment
4    would reduce the prisoner's account below $10.00, the agency should collect and forward only
5    that amount which would reduce the prisoner's account to the $10.00 level.  Please note that this
6    $10.00 limit does not apply to the initial partial filing fee described above.  Finally, the monthly
7    payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for
8    this matter has been paid.

9    (3)    The Clerk is directed to send a copy of this Order to plaintiff, to the financial
10   officer of this Court, and to the agency having custody of plaintiff.

11   DATED this 22nd day of January, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND FORWARD PAYMENTS - 2