UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMIE DAVID STITES,<br><br>                Plaintiff,<br><br>   v.<br><br>CHERYL STRANGE, et al.,<br><br>                Defendants. | CASE NO. 3:24-cv-05027-MJP-BAT<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, noted the lack of any objections or responses to the Report and Recommendation, and having reviewed the remaining record, the Court finds and ORDERS:

(1)  The Court ADOPTS the Report and Recommendation.

(2)  The Court DISMISSES the case without prejudice.

(3)  The Clerk shall send copies of this Order to the parties and to Judge Tsuchida.

Dated this 29th day of May, 2024.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1